JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND LEE BRIGGS, | Case No. LA CV 16-8032 JFW (JCG) |
|     Petitioner, | **JUDGMENT** |
|     v. | |
| SEAN HATTON, *Warden*, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: November 1, 2017

                                          HON. JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE